■ PRAGMATIC MANAGEMENT CORP., Appellant, v 720-730 FORT WASHINGTON AVENUE OWNERS' CORP. et al., Respondents.—Order, Supreme Court, New York County (Burton Sherman, J.), entered on October 10, 1991, unanimously affirmed for the reasons stated by Sherman, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Asch and Rubin, JJ.

■ STEWART PERSONAL MANAGEMENT CORPORATION, Respondent, v FORD MODELS, INC., Appellant.—Order, Supreme Court, New York County (Herman Cahn, J.), entered on or about June 1, 1992, unanimously affirmed for the reasons stated by Cahn, J., with costs and with disbursements. No opinion. Concur—Carro, J. P., Ellerin, Asch and Rubin, JJ.

■ SALVATORE R. CURIALE, as Superintendent of Insurance of the State of New York, as Liquidator of American Fidelity Fire Insurance Company and Another, Respondent, v PEAT, MARWICK, MITCHELL & COMPANY, Appellant. (And a Third-Party Action.)—Order, Supreme Court, New York County (Beverly S. Cohen, J.), entered on or about January 31, 1992, unanimously affirmed for the reasons stated by Cohen, J., without costs and without disbursements. No opinion. Concur —Carro, J. P., Rosenberger, Wallach and Ross, JJ.